UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

    v.

CHILDREN HOSPITAL & RESEARCH CENTER AT OAKLAND,

    Defendant.
_____/

No. C 11-01968 PJH

**ORDER RENEWING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    Plaintiff's motion for disqualification having been denied by the Honorable Charles R. Breyer, the court hereby renews the briefing schedule on defendant's pending motion to dismiss. Plaintiff must file and serve and opposition to the motion to dismiss by August 3, 2011. Defendant may file a reply by August 10, 2011. A hearing on the motion to dismiss is hereby set for August 24, 2011, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

    IT IS SO ORDERED.

Dated: July 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge