UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff(s),

v.

CHILDREN'S HOSPITAL & RESEARCH CENTER AT OAKLAND,

    Defendant(s).

_____/

No. C 11-1968 PJH

**ORDER OF DISMISSAL**

Before the court is defendant's motion to dismiss plaintiff's complaint, noticed for hearing on September 21, 2011. Plaintiff's responsive brief, to the extent it is comprehensible, reads like an opposition to the motion to dismiss, but is entitled "Plaintiff's motion to dismiss without prejudice, change of venue after failed attempt for requesting recusal of Judge Phyllis J. Hamilton for bias." In the body of the brief, plaintiff requests the court to dismiss the case without prejudice for change of venue. While it is not clear what plaintiff intends by the use of the words "for change of venue," the law is clear that plaintiff has a right to dismiss his own case without a court order before an answer or motion for summary judgment is filed pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, as neither an answer nor motion for summary judgment has been filed, and given that plaintiff could have simply filed a notice of voluntary dismissal, the court GRANTS plaintiff's request and DISMISSES this case without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 9, 2011

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge